# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:07CR00123-001 SWW

NANETTE GREENE

### ORDER

Pending before the Court is government's motion for dismissal of the indictment against defendant, Nanette Greene, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #23] for dismissal of the indictment against the above-named defendant be ***granted***, and the indictment pending against defendant ***Nanette Greene*** is ***dismissed without prejudice***.

DATED this 23rd day of March 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE